UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DEMETRIUS L. STRAUGHTER,

    Plaintiff,

v.

PEPSI MIDAMERICA CO., et al,

    Defendants.                    No. 13-cv-804-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the 60 Day Order entered on February 6, 2014, this case is **DISMISSED** with prejudice.

                    NANCY J. ROSENSTENGEL,
                    CLERK OF COURT

                  BY:    /s/*Sara Jennings*
                              Deputy Clerk

Dated:   April 14, 2014

Digitally signed by David R. Herndon
Date: 2014.04.14 11:19:16 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**